**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs. Case No. 8:04-CR-218-T-17-MAP

LLEWELLYAN LOUIS O'NEAL
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for reduction of sentence as authorized under Rule 35 as promised by the Court on July 1, 2005 (Docket No. 54) and response thereto (Docket No. 56) The Court finds the response persuasive and incorporates it by reference. Accordingly, it is

**ORDERED** that the motion (Docket No. 54) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 16th day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record